UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL PRODUCTS ASSOCIATION,<br><br>  Plaintiff,<br>v.<br><br>CAROLYN BEHRMAN, DONELSON CAFFERY, ROBERT CRAVEN, CLAUDIA DAVID-ROSCOE, STEPHEN DISTEFANO, FRANCES DRENNEN, BEN HENDERSON, ANGIE O'PRY-BLADES, NICHOLAS PASCOE, HOWARD POLLACK,<br><br>  Defendants. | Civil Action No. 1:16-cv-00194-RJL |

## MOTION FOR ADMISSION *PRO HAC VICE* OF BARRY S. POLLACK

Pursuant to LCvR 83.2(d), the undersigned Richard M. Goldberg ("Movant"), respectfully moves the Court for, and sponsors, the admission *pro hac vice* of Barry S. Pollack, of Pollack Solomon Duffy LLP, in the above-captioned matter, and in doing so states as follows:

1. The Movant is a member in good standing of the District of Columbia Bar, and is legally admitted to practice before this Court.

2. Barry S. Pollack is a partner of the law firm Pollack Solomon Duffy LLP, which maintains an office at 133 Federal Street, Suite 902, Boston, Massachusetts 02110, (617) 439-9800.

3. Attached hereto as **Exhibit A** is a declaration from Mr. Pollack that complies with LCvR 83.2(d).

4.	Movant requests that the Court grant this Motion so that Mr. Pollack may serve as counsel to Defendant Nicholas Pascoe, file pleadings, and appear and be heard at any hearings held in the above-captioned matter.

WHEREFORE, for the foregoing reasons, Movant respectfully requests the instant Motion be granted and that Barry S. Pollack be admitted *pro hac vice*.

Dated: March 4, 2016                              Respectfully submitted,

/s/ Richard M. Goldberg
Richard M. Goldberg (D.C. Bar No.: 435487)
Shapiro Sher Guinot & Sandler
250 W. Pratt Street, Suite 2000
Baltimore, MD 21230
(410) 385-4274
(410) 539-7611 (fax)
rmg@shapirosher.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2016, the foregoing Motion for Admission *Pro Hac Vice* of Barry S. Pollack was filed through the Court's electronic filing system, Case Management/Electronic Case Files (CM/ECF), and served upon the following:

Richard J. Oparil
PORZIO, BROMBERG & NEWMAN P.C.
1200 New Hampshire Avenue NW, Suite 710
Washington, DC 20036
*Attorney for Plaintiff Natural Products Association*

And

Constantinos G. Panagopoulos
Theodore R. Flo
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006-2202

David R. Marshall
Leah C. Janus
Kyle W. Ubl
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
*Attorneys for Defendants Carol Behrman, Donelson Caffery,
Claudia Davis-Roscoe, Frances Drennen, Howard Pollack,
Ben Henderson, Angie O'Pry-Blades and Stephen Distefano*

And was further sent via first class mail, postage pre-paid, to the following:

Robert Craven
8 Bowers Rd
Derry, NH 03038
*Defendant*

/s/ Richard M. Goldberg
Richard M. Goldberg (D.C. Bar No. 435487)