# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL PRODUCTS ASSOCIATION,<br><br>    Plaintiff,<br>v.<br><br>CAROLYN BEHRMAN, DONELSON CAFFERY, ROBERT CRAVEN, CLAUDIA DAVID-ROSCOE, STEPHEN DISTEFANO, FRANCES DRENNEN, BEN HENDERSON, ANGIE O'PRY-BLADES, NICHOLAS PASCOE, HOWARD POLLACK,<br><br>    Defendants. | Civil Action No. 1:16-cv-00194-RJL |

**DECLARATION IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE* OF BARRY S. POLLACK**

I, Barry S. Pollack, in support of the foregoing Motion for Admission *Pro Hac Vice* declare as follows:

1.     I am a partner of the law firm Pollack Solomon Duffy LLP, which maintains an office at 133 Federal Street, Suite 902, Boston, Massachusetts 02110, (617) 439-9800.

2.     I am a member in good standing and admitted to practice before the following Bar(s): New York State Court of Appeals, California Supreme Court (inactive), Massachusetts Supreme Judicial Court, Supreme Court of the United States, United States District Court for the District of Massachusetts, United States District Court for the Eastern District of New York, United States District Court for the Northern District of New York, United States District Court for the Southern District of New York, United States District Court for the Central District of California, United States Court of Appeals for the First Circuit, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States

Circuit Court for the Ninth Circuit, United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals for the District of Columbia Circuit, and the United States Tax Court.

3. I have not been disciplined by any bar, nor are there any pending disciplinary matters against.

4. I have been admitted *pro hac vice* in this Court one (1) time within the last two (2) years.

5. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending before the District of Columbia Bar or the United States District Court for the District of Columbia.

I hereby declare under penalties of perjury that the foregoing is true and correct.

Dated: March 4, 2016        /s/ Barry S. Pollack
                                                Barry S. Pollack
                                                Pollack Solomon Duffy LLP
                                                133 Federal Street, Suite 902
                                                Boston, MA 02110
                                                (617) 439-9800
                                                (617) 960-0559 (fax)
                                                bpollack@psdfirm.com