UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL PRODUCTS ASSOCIATION,<br><br>　　Plaintiff,<br>v.<br><br>CAROLYN BEHRMAN, DONELSON CAFFERY, ROBERT CRAVEN, CLAUDIA DAVID-ROSCOE, STEPHEN DISTEFANO, FRANCES DRENNEN, BEN HENDERSON, ANGIE O'PRY-BLADES, NICHOLAS PASCOE, HOWARD POLLACK,<br><br>　　Defendants. | Civil Action No. 1:16-cv-00194-RJL |

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF BARRY S. POLLACK

Upon consideration of the Motion for Admission *Pro Hac Vice* of Barry S. Pollack, any opposition thereto, and the arguments of counsel, if any, held thereon, it is this _____ day of _____, 2016, hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that Barry S. Pollack be admitted *pro hac vice* before this Court to represent Defendant Nicholas Pascoe in the above-captioned matter; and it is further

**ORDERED** _____

**SO ORDERED.**

_____
The Honorable Richard J. Leon
U.S. District Court Judge
U.S. District Court for the District of Columbia

Copies to:

Richard M. Goldberg (D.C. Bar No.: 435487)
Shapiro Sher Guinot & Sandler
250 W. Pratt Street, Suite 2000
Baltimore, MD 21230
rmg@shapirosher.com

Barry S. Pollack (*pro hac vice*)
Pollack Solomon Duffy LLP
133 Federal Street, Suite 902
Boston, MA 02110
bpollack@psdfirm.com
*Attorneys for Defendant Nicholas Pascoe*

Richard J. Oparil
PORZIO, BROMBERG & NEWMAN P.C.
1200 New Hampshire Avenue N.W.
Suite 710
Washington, DC 20036
rjoparil@phnlaw.com
*Attorney for Plaintiff Natural Products Association*

Constantinos G. Panagopoulos
Theodore R. Flo
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006-2202

David R. Marshall
Leah C. Janus
Kyle W. Ubl
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
*Attorneys for Defendants Carol Behrman, Donelson Caffery, Claudia Davis-Roscoe, Frances Drennen, Howard Pollack, Ben Henderson, Angie O'Pry-Blades and Stephen Distefano*

Robert Craven
8 Bowers Rd
Derry, NH 03038
*Defendant*